# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BOARDS OF TRUSTEES OF**
**THE OHIO LABORERS**
**BENEFITS,**

        Plaintiffs,

  v.

**RISING SON COMPANY,**
**INC.,** *et al.***,**

        **Defendants.**

Case No. 2:22-cv-2097
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## STIPULATED JUDGMENT ENTRY

The parties hereby stipulate that this matter has been resolved. Pursuant to the terms of the stipulation, this Court finds, and Defendants Rising Son Company, Inc. and Corby Campo ("Defendants") jointly and severally consent to the judgment, that Defendants owe to Plaintiffs Boards of Trustees of the Ohio Laborers Benefits ("Plaintiffs") the grand total sum of $18,597.43 for delinquent contributions, liquidated damages, interest, court costs, and reasonable attorneys' fees for the audit period of June 2020 through December 2021, plus interest at the rate of 1% per month after entry of this judgment.  It is therefore,

ORDERED that Plaintiffs are awarded, and Defendants jointly and severally shall pay to Plaintiffs, the sum of $11,153.67 as and for delinquent contributions on or before August 5, 2022; and it is further

ORDERED that Plaintiffs are awarded, and Defendants jointly and severally shall pay to Plaintiffs, the sum of $3,054.78 as and for liquidated damages; and it is further

ORDERED that Plaintiffs are awarded, and Defendants jointly and severally shall pay to Plaintiffs, the sum of $2,238.82 as and for interest; and it is further

ORDERED that Plaintiffs are awarded, and Defendants jointly and severally shall pay to Plaintiffs, their reasonable attorneys' fees and court costs in the sum of $2,150.16; and it is further

ORDERED that Defendants shall pay the $7,443.76 in liquidated damages, interest, attorneys' fees, and costs to Plaintiffs in six (6) installments as follows: $1,240.63 on or before September 15, 2022; $1,240.63 on or before October 15, 2022; $1,240.63 on or before November 15, 2022; $1,240.63 on or before December 15, 2022; $1,240.63 on or before January 15, 2023; and $1,240.61 on or before February 15, 2023; and it is further

ORDERED that all checks or money orders shall be made payable to Ohio Laborers Benefits and mailed to Ohio Laborers Benefits, 800 Hillsdowne Road, Westerville, Ohio 43081; and it is further

ORDERED that, if any payment required hereunder is delinquent or if monthly contributions for covered work performed after entry of this judgment are delinquent, the full balance of this judgment shall become due and owing immediately and subject to levy and execution; and it is further

ORDERED that Defendants shall not violate 29 U.S.C. §§ 1132 and 1145 in the future and that Defendants shall remit monthly benefit contributions and reports to Plaintiffs on or before the 15th day of each month with respect to the preceding month's payroll.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**